UNITED DISTRICT COURT FOR THE

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| **ARMANDO GARZA,**<br><br>        Plaintiff,<br><br>   **v.**<br><br>**CALIFORNIA HIGHWAY PATROL,**<br><br>Defendant. | Case No. SACV17-01277 JLS (JDEx)<br><br>**JUDGMENT** |

Pursuant to and for the reasons stated in this Court's order filed August 06, 2018, in which the Court granted the motion for summary judgment filed by defendant California Highway Patrol ("Defendant"), the Court hereby enters final judgment in this matter as follow:

**IT IS HEREBY ADJUDGED** that all of Plaintiff Armando Garza's claims are dismissed with prejudice, and that Plaintiff shall take nothing, that Defendant and shall have judgment against Plaintiff on all claims. As the prevailing party, within fourteen days of the entry of this Judgment, Defendant may seek costs in accordance with Local Rule 54.

Dated: August 21, 2018

The Honorable Josephine L. Staton
United States District Judge